UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00354-WBS-CSK |
| | No. 2:25-cv-00357-WBS-CSK |
| | No. 2:25-cv-00358-WBS-CSK |
| | No. 2:25-cv-00368-WBS-CSK |
| | No. 2:25-cv-00372-WBS-CSK |
| | No. 2:25-cv-00373-WBS-CSK |
| | No. 2:25-cv-00374-WBS-CSK |
| | No. 2:25-cv-00375-WBS-CSK |
| | No. 2:25-cv-00376-WBS-CSK |
| | No. 2:25-cv-00377-WBS-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1 | proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2 | Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3 | 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4 | the Court to open a new case for each attempted new pleading and assign it to the Court for
5 | review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6 | Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)
7 | The Court has reviewed the complaints/petitions filed in the above-captioned cases and
8 | finds they are related to Plaintiff's Alameda County criminal conviction.[1]
9 | Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00354, 2:25-cv-00357, 2:25-cv-
10 | 00358, 2:25-cv-00368, 2:25-cv-00372, 2:25-cv-00373, 2:25-cv-00374, 2:25-cv-00375, 2:25-cv-
11 | 00376 and 2:25-cv-00377 are DISMISSED; the Clerk of the Court is directed to close these cases.
12 | No further filings will be accepted.
13 | Dated:  February 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The caption of 2:25-cv-00377 names the El Dorado County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:25-cv-00377 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:25-cv-00377 are related to plaintiff's Alameda County criminal conviction.